

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-14-00104-CV**

**IN RE A.G.B.**

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

The petition for writ of mandamus is denied.


REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed May 8, 2014
[OT06]